# 1:CV-00-2219

1. You shall file a complaint by completing and signing the attached complaint form and mailing it to the Clerk of Court along with the full filing fee of $150.00. (In the event attachments are needed to complete the allegations in the complaint, no more than three (3) pages of attachments will be allowed.) If you submit the full filing fee along with the complaint, you DO NOT have to complete the rest of the forms in this packet. **Check here if you are submitting the filing fee with the complaint form.**

2. If you cannot afford to pay the fee, you may file a complaint under 28 U.S.C. § 1915 without paying the full filing fee at this time by completing the following: (1) Complaint Form; (2) Application To Proceed In Forma Pauperis; and (3) Authorization Form. <u>You must properly complete, sign and submit all three standard forms or your complaint may be returned to you by the Clerk of Court</u>. **Check here if you are filing your complaint under 28 U.S.C. § 1915 without full prepayment of fees.** ✓

**Please Note:** If your case is allowed to proceed and you are awarded compensatory damages against a correctional facility or an official or agent of a correctional facility, the damage award will first be used to satisfy any outstanding restitution orders pending. Before payment of any compensatory damages, reasonable attempts will be made to notify the victims of the crime for which you were convicted concerning payment of such damages. The restitution orders must be fully paid before any part of the award goes to you.

**DO NOT DETACH THE COVER SHEET FROM THE REST OF THE FORMS**

FILED
SCRANTON
DEC 20 2000
PER ___/s/___ DEPUTY CLERK

FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA


(1) Nathan Charles Griggs DCP#35560

(Name of Plaintiff) (Inmate Number)

~~501~~ 501 Mall Road  Harrisburg, PA 17111

(Address)


(2) _____

(Name of Plaintiff) (Inmate Number)

_____

(Case Number)

_____

(Address)

(Each named party must be numbered,

and all names must be printed or typed)

vs.

CIVIL COMPLAINT

(1) Brian Fisher

(2) Scott Lewis

(3) Andrew Klahr

(Names of Defendants)

(Each named party must be numbered,

and all names must be printed or typed)
(page added)

TO BE FILED UNDER: 42 U.S.C. § 1983 - STATE OFFICIALS

28 U.S.C. § 1331 - FEDERAL OFFICIALS

I. PREVIOUS LAWSUITS

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

_____
_____
_____
_____
_____

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? √ Yes ___ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? √ Yes ___ No

C. If your answer to "B" is Yes:

1. What steps did you take?
   I filed a grievance

2. What was the result?
   To no avail. Nothing

(4) Patrick Corkle

## III. DEFENDANTS

(4) Name of fourth Defendant: Patrick Corkle
Employed as at: Captain at Dauphin County Prison.
Mailing address: 501 Mall Road Harrisburg PA 17111

## IV STATEMENT OF CLAIM

4) Patrick Corkle came out of his office as I was being kicked in my ribs, held in place and trying to wiggle away from being kicked any more. Without evaluating the situation he instantly sprayed me with pepper spray. He took it upon himself to literally rip my clothes off of me, including my underwear. All of this was done acting in the color of the law.

## V RELIEF

I would like the court to award me $50,000 for pain and suffering. $40,000 for mental anguish. I would also like Patrick Corkle to be investigated as well.

I declare under penalty of perjury that the foregoing is true and correct, on this <u>fourth</u> day of <u>December</u> 2000

Nathan Charles Griggs

D. If your answer to "B" is <u>No</u>, explain why not:

## III. DEFENDANTS

(1) Name of first defendant: Brian Fisher

Employed as at Correctional Officer at Dauphin County Prison (at time of inci

Mailing address: 501 Mall Road Harrisburg, PA 17111

(2) Name of second defendant: Scott Lewis

Employed as at Correctional Officer at Dauphin County Prison

Mailing address: 501 Mall Road Harrisburg, PA 17111

(3) Name of third defendant: Andrew Klahr

Employed as at Correctional Officer at Dauphin County Prison

Mailing address: 501 Mall Road Harrisburg, Pa 17111

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1. Brian Fisher waited until I was handcuffed. With my hands behind my back, tackled and held down on the ground immobile,

Then in the acting in the color of the law repeatedly kicked me in my left hand side. Afterward in the acting color of law placed me under arrest. To cover up what had been done to my ribs committing perjury against me

2. Scott Lewis did a diving tackle and held me stationary acting in the color of the law. While Brian Fisher kicked me continually. He then participating in the C.E.R.T. Team acting in the color of the law deliberately punched me in my face. Afterward acting in color of the Law placing charges against me. To cover up what had been done to me physically. Committing perjury against me.

3. Andrew Klahr was another officer who acting in the color of the law placed charges on me. To cover up what had been done to me physically. Committing perjury against me.

## V. RELIEF

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I would like the court to award me $50,000 for pain and suffering. $10,000 for mental anguish. $20,000 defamation of character. $10,000 for suffering and mental anguish of my family.

2. I would like the court to award me $50,000 for pain and suffering. $10,000 for mental anguish. $20,000 for defamation of character. $10,000 for suffering and mental anguish of my family.

3. I would like the court to award me $15,000 for mental anguish.

$20,000 for defamation of character. $10,000 for suffering and mental anguish of my family.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __fourth__ day of __December__, __2000__

__Nathan Charles Griggs__
(Signature of Plaintiff)