Page 2 of 3

Name of Defendant(s)

# 1:CV-00-2219

FILED
SCRANTON
DEC 20 2000
PER _____
DEPUTY CLERK

## APPLICATION TO PROCEED IN FORMA PAUPERIS

PLEASE READ CAREFULLY AND FULLY COMPLETE EACH SECTION.

(1) I am willing to pursue my claims in this action under the new provisions of The Prison Litigation Reform Act, understanding that pursuing my claim requires payment of a partial filing fee and deduction of sums from my prison account when funds exist until the filing fee of $150.00 has been paid in full.

(2) I have enclosed an executed Authorization form which authorizes the Institution holding me in custody to transmit to the Clerk a certified copy of my trust account for the past six (6) months as well as payments from the account in the amounts specified by 28 U.S.C. §1915(b).

3. Have you, prior to the filing of the complaint in this action and while a prisoner as that term is defined in 28 U.S.C. § 1915(h), brought 3 or more actions or appeals in a court of the United States that were dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted? Yes (No)

FILED
SCRANTON
DEC 20 2000
PER _____
DEPUTY CLERK

(a) If the answer is "yes," are you now seeking relief because you are under imminent danger of serious physical injury?

(Yes) No

I am afraid of receiving physical damage and or injury.

(b) Please explain in detail why you are under imminent danger of serious physical injury:

I have been beaten in here many times. As staff act in the color of law. I have had staff of this place acting in the color of the law challenge ethics of torture. By handcuffing me to a door, through the feeding slot. For eight hours, Not being able to stand up or sit down. Staff acting under the same of the law Not having me logged as being on the block I was on. Being held down another guard stomps on my face with his foot and being hogged tied on a floor

4. (a) Are you presently employed at the Institution? Yes (No)

(b) If yes, what is your monthly compensation? $

5. Do you own any cash or other property; have a bank account; or receive money from any source? Yes (No)

If the answer is "yes" to any of the above, describe each source and the amount involved.

I certify under penalty of perjury that the foregoing is true and correct.

December 4, 2000   Nathan Charles Shrigqp
Executed on (Date) (Signature of Plaintiff)

This certification is executed pursuant to Title 28, United States Code, Section 1746.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Civil Case No.

Name of Plaintiff(s)
Nathan Charles Griggs

Judge

v.

(Number and Judge to be assigned by court)