AFFIDAVIT

FILED SCRANTON
JAN 1 2001
PER _____ DEPUTY CLERK

COMMONWEALTH OF PENNSYLVANIA

COUNTY OF Dauphin

CIVIL ACTION NO. 1:00-CV-02219

I, Freddie D. McNeal, being duly sworn, depose and say:

(1) I am employed as Business Manager at Dauphin County Prison. I have served in that capacity since October, 1984.

(2) The plaintiff, Nathan C Griggs, Reg. No. D 35560, is presently incarcerated at the said institution.

(3) The following is a listing of assets at the said institution belonging to plaintiff:

   a. Prison account

      1. Present balance:                                    $ -0-
      2. Total amount of deposits during past six months:    $ -0-
      3. Average monthly balance:                            $ -0-
      4. Average monthly deposits:                           $ -0-

   b. Employment

      1. Institutional employment:                           $ N/A
      2. Average monthly wage:                               $ N/A

   c. Other resources:                                         N/A

(4) I have attached a true and correct copy of the record of the transactions of the prisoner's account which occurred within the preceding six months.

(5) The above information set forth in this affidavit is true and correct to the best of my knowledge, information and belief.

_Freddie D. McNeal_

Sworn to and subscribed before me this 3rd day of January, ~~19~~ 2001

_Denise Kelly_
Notary Public
My Commission Expires:

NOTARIAL SEAL
DENISE KELLY, Notary Public
Harrisburg, Dauphin County

Return to:

United States District Court
235 N. Washington Avenue
P.O. Box 1148

## DAUPHIN COUNTY PRISON

TO:     Inmate Nathan Griggs/D35560

RE:     Administrative Order/Civil Action No. 1:00-CV-2219

DATE:   January 5, 2001

A copy of the Administrative Order dated December 21, 2000, directing the Dauphin County Prison to make an initial payment and monthly payments from your account to pay the filing fee of $150.00 for the above lawsuit is enclosed. Also enclosed are a copy of your Inmate Money Report and the Affidavit completed by the Business Manager indicating the average monthly balance and average monthly deposits on your account for the last six months. This information was required by the Courts.

Copy:   Administration

02 JAN 2001                Inmate Money Report (INMATES File)                      Page 1
                              From 01 JAN 2000 To 12 JAN 2001

                            INMATE NAME   GRIGGS, NATHAN NMN
                            INMATE #   35560           CELL #   P-113

| Spend Amt/<br>Spend Bal. | Res Amt/<br>Res Bal... | Total<br>Balance... | FILE<br>HOLD | Receipt No/<br>Check No.... | Receipt<br>Desc.......... | Date/<br>Off_#... |
|---|---|---|---|---|---|---|
| .00 | .00 | .00 | | | | |
| 15.97<br>15.97 | .00<br>.00 | <br>.00 | R | B-D*495877<br>22158 | Information<br>Desk - | 01-12-00<br>01 |
| (15.97)<br>.00 | .00<br>.00 | <br>.00 | R | M-D*495967 | Dorm Fee | 01-12-00<br>01 |
| 18.00<br>18.00 | .00<br>.00 | <br>.00 | R | B-D*498000<br>22227 | Information<br>Desk - | 01-24-00<br>01 |
| (18.00)<br>.00 | .00<br>.00 | <br>.00 | R | M-D*498021 | Dorm Fee | 01-24-00<br>01 |
| 74.48<br>74.48 | .00<br>.00 | <br>.00 | R | B-D*504303<br>23584 | Information<br>Desk - | 02-22-00<br>01 |
| (74.48)<br>.00 | .00<br>.00 | <br>.00 | R | M-D*504456 | Dorm Fee | 02-22-00<br>01 |
| 15.75<br>15.75 | .00<br>.00 | <br>.00 | R | B-D*506459<br>23875 | Information<br>Desk - | 03-01-00<br>01 |
| (15.75)<br>.00 | .00<br>.00 | <br>.00 | R | M-D*506482 | Dorm Fee | 03-01-00<br>01 |
| 18.00<br>18.00 | .00<br>.00 | <br>.00 | R | B-D*508359<br>24133 | Information<br>Desk - | 03-09-00<br>01 |
| (18.00)<br>.00 | .00<br>.00 | <br>.00 | R | M-D*508390 | Dorm Fee | 03-09-00<br>01 |
| 18.00<br>18.00 | .00<br>.00 | <br>.00 | R | B-D*509308<br>24333 | Information<br>Desk - | 03-14-00<br>01 |
| (18.00)<br>.00 | .00<br>.00 | <br>.00 | R | M-D*509446 | Dorm Fee | 03-14-00<br>01 |
| 19.00<br>19.00 | .00<br>.00 | <br>.00 | R | B-D*511642<br>24668 | Information<br>Desk - | 03-23-00<br>01 |
| (19.00)<br>.00 | .00<br>.00 | <br>.00 | R | M-D*511746 | Dorm Fee | 03-23-00<br>01 |

```
02 JAN 2001              Inmate Money Report (INMATES File)              Page
                          From 01 JAN 2000 To 12 JAN 2001

                         INMATE NAME  GRIGGS, NATHAN NMN
                         INMATE #  35560          CELL #  P-113
```

| Spend Amt/<br>Spend Bal. | Res Amt/<br>Res Bal... | Total<br>Balance... | FILE<br>HOLD | Receipt No/<br>Check No.... | Receipt<br>Desc.......... | Date/<br>Off_#... |
|---|---|---|---|---|---|---|
| 18.50<br>18.50 | .00<br>.00 | <br>.00 | R | B-D*514082<br>25088 | Information<br>Desk - | 04-04-00<br>5199 |
| (18.50)<br>.00 | .00<br>.00 | <br>.00 | R | M-D*514148 | Dorm Fee | 04-04-00<br>5199 |
| 19.00<br>19.00 | .00<br>.00 | <br>.00 | R | B-D*514737<br>25166 | Information<br>Desk - | 04-06-00<br>5199 |
| (19.00)<br>.00 | .00<br>.00 | <br>.00 | R | M-D*514765 | Dorm Fee | 04-06-00<br>5199 |
| .00<br>.00 | .00<br>.00 | <br>.00 | R | D-D*516934 | Commissary<br>Order | 04-17-00<br>01 |
| .00<br>.00 | .00<br>.00 | <br>.00 | R | D-D*518564 | Commissary<br>Order | 04-24-00<br>01 |
| .00<br>.00 | .00<br>.00 | <br>.00 | R | D-D*519910 | Commissary<br>Order | 05-01-00<br>01 |
| .00<br>.00 | .00<br>.00 | <br>.00 | R | D-D*521873 | Commissary<br>Order | 05-08-00<br>01 |
| .00<br>.00 | .00<br>.00 | <br>.00 | R | D-D*523643 | Commissary<br>Order | 05-16-00<br>01 |
| .00<br>.00 | .00<br>.00 | <br>.00 | R | D-D*525271 | Commissary<br>Order | 05-23-00<br>01 |
| .00<br>.00 | .00<br>.00 | <br>.00 | R | D-D*526669 | Commissary<br>Order | 05-30-00<br>01 |
| .00<br>.00 | .00<br>.00 | <br>.00 | R | D-D*528155 | Commissary<br>Order | 06-06-00<br>5199 |
| .00<br>.00 | .00<br>.00 | <br>.00 | R | D-D*529719 | Commissary<br>Order | 06-13-00<br>01 |
| .00<br>.00 | .00<br>.00 | <br>.00 | R | D-D*531126 | Commissary<br>Order | 06-20-00<br>01 |
| .00 | .00 |  | R | D-D*532434 | Commissary | 06-27-00 |

```
02 JAN 2001              Inmate Money Report (INMATES File)                    Page
                           From 01 JAN 2000 To 12 JAN 2001


                         INMATE NAME   GRIGGS, NATHAN NMN
                         INMATE #   35560         CELL #   P-113


Spend Amt/   Res Amt/    Total        FILE  Receipt No/     Receipt          Date/
Spend Bal.   Res Bal...  Balance...   HOLD  Check No....    Desc.........    Off_#...
     .00         .00          .00                           |Order                01
------------------------------------------------------------------------------------
     .00         .00                   R    |D-D*533821     |Commissary      |07-03-00
     .00         .00          .00                           |Order                01
------------------------------------------------------------------------------------
     .00         .00                   R    |D-D*535248     |Commissary      |07-11-00
     .00         .00          .00                           |Order                01
------------------------------------------------------------------------------------
     .00         .00                   R    |D-D*536868     |Commissary      |07-18-00
     .00         .00          .00                           |Order                01
------------------------------------------------------------------------------------
     .00         .00                   R    |D-D*538357     |Commissary      |07-25-00
     .00         .00          .00                           |Order                01
------------------------------------------------------------------------------------
     .00         .00                   R    |D-D*539785     |Commissary      |08-01-00
     .00         .00          .00                           |Order                01
------------------------------------------------------------------------------------
     .00         .00                   R    |D-D*543089     |Commissary      |08-15-00
     .00         .00          .00                           |Order                01
------------------------------------------------------------------------------------
     .00         .00                   R    |D-D*544657     |Commissary      |08-22-00
     .00         .00          .00                           |Order                01
------------------------------------------------------------------------------------
     .00         .00                   R    |D-D*546348     |Commissary      |08-29-00
     .00         .00          .00                           |Order                01
------------------------------------------------------------------------------------
     .00         .00                   R    |D-D*547688     |Commissary      |09-05-00
     .00         .00          .00                           |Order              5199
------------------------------------------------------------------------------------
     .00         .00                   R    |D-D*549306     |Commissary      |09-12-00
     .00         .00          .00                           |Order               130
------------------------------------------------------------------------------------
     .00         .00                   R    |D-D*550583     |Commissary      |09-18-00
     .00         .00          .00                           |Order                01
------------------------------------------------------------------------------------
     .00         .00                   R    |D-D*552166     |Commissary      |09-25-00
     .00         .00          .00                           |Order                01
------------------------------------------------------------------------------------
     .00         .00                   R    |D-D*552167     |Commissary      |09-25-00
     .00         .00          .00                           |Order                01
------------------------------------------------------------------------------------
     .00         .00                   R    |D-D*554670     |Commissary      |10-04-00
     .00         .00          .00                           |Order                01
------------------------------------------------------------------------------------
```

```
02 JAN 2001              Inmate Money Report (INMATES File)                    Page
                          From 01 JAN 2000 To 12 JAN 2001


                        INMATE NAME  GRIGGS, NATHAN NMN
                        INMATE #  35560        CELL #  P-113


   Spend Amt/ Res Amt/   Total       FILE Receipt No/   Receipt         Date/
   Spend Bal. Res Bal... Balance...  HOLD Check No....  Desc..........  Off_#...
      .00  |    .00  |                R  |D-D*555919   |Commissary     |10-11-00
      .00  |    .00  |    .00  |         |             |Order          |   01
   ---------------------------------------------------------------------------
      .00  |    .00  |                R  |D-D*557338   |Commissary     |10-18-00
      .00  |    .00  |    .00  |         |             |Order          |   01
   ---------------------------------------------------------------------------
      .00  |    .00  |                R  |D-D*558921   |Commissary     |10-25-00
      .00  |    .00  |    .00  |         |             |Order          |   01
   ---------------------------------------------------------------------------
      .00  |    .00  |                R  |D-D*560569   |Commissary     |11-01-00
      .00  |    .00  |    .00  |         |             |Order          |   03
   ---------------------------------------------------------------------------
      .00  |    .00  |                R  |D-D*563124   |Commissary     |11-14-00
      .00  |    .00  |    .00  |         |             |Order          |   03
   ---------------------------------------------------------------------------
      .00  |    .00  |                R  |D-D*564255   |Commissary     |11-17-00
      .00  |    .00  |    .00  |         |             |Order          |   03
   ---------------------------------------------------------------------------
      .00  |    .00  |                R  |D-D*565929   |Commissary     |11-28-00
      .00  |    .00  |    .00  |         |             |Order          |   01
   ---------------------------------------------------------------------------
      .00  |    .00  |                R  |D-D*567361   |Commissary     |12-05-00
      .00  |    .00  |    .00  |         |             |Order          |   01
   ---------------------------------------------------------------------------
      .00  |    .00  |                R  |D-D*568287   |Commissary     |12-08-00
      .00  |    .00  |    .00  |         |             |Order          |   03
   ---------------------------------------------------------------------------
      .00  |    .00  |                R  |D-D*568976   |Commissary     |12-12-00
      .00  |    .00  |    .00  |         |             |Order          |   01
   ---------------------------------------------------------------------------
      .00         .00        .00


   COPAY CHGS      326.35
   COPAY PD        326.35
   -----------    ----------
   COPAY DUE          .00

   ==========     ==========
   AVAIL BAL:         .00
   ==========     ==========
```

# DAUPHIN COUNTY PRISON



**Commissioners**
SALLY S. KLEIN, Chairman
RUSSELL L. SHEAFFER
ANTHONY M. PETRUCCI

**Chief Clerk**
THOMAS E WASHHIC

**Warden**
DOMINICK L. DeROSE

**Deputy Warden/Support**
JAMES M. DeWEES

**Deputy Warden/Treatment**
ELIZABETH K.NICHOLS

**Deputy Warden/Security**
LEONARD K. CARROLL

501 MALL ROAD
HARRISBURG, PENNSYLVANIA 17111
TELEPHONE: (717) 558-1100
FAX (717) 558-8825

January 3, 2001

Clerk of Court
United States District Court
P.O. Box 1148
Scranton, PA 18501-1148

RECEIVED
SCRANTON

JAN 1 0 2001

MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

RE: Nathan Griggs/Civil Action No. 1:00-CV-2219

Dear Sir/Madam:

Enclosed please find the requested record of transactions in the account of the above-referenced inmate, and an Affidavit completed by our Business Manager. Copies of these documents will be provided to inmate Griggs.

According to the Affidavit, inmate Griggs had no deposits during the last sixth months, and an average monthly balance of $0.00, so I cannot send you a check at this time. Pursuant to your Administrative Order dated December 21, 2000, I will continue to monitor his account and will send you monthly payments based on his monthly deposits as required.

If you have any questions or require any additional information, please contact me.

Sincerely yours,

Denise A. Kelly
Administrative Assistant

Copy: Administration
      Freddie McNeal, Business Manager