Nathan Charles Griggs
501 Mall Road
Harrisburg, PA 17111

ORIGINAL

FILED
JAN 10 2001
PER
HARRISBURG PA
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Nathan Charles Griggs,
    Plaintiff
    V.
Brian Fisher, et al.,
    Defendants

MOTION FOR LEAVE TO
PROCEED IN FORMA
PAUPERIS AND FOR
COUNSEL

Civil Action Number 1:CV-00-221

I the Plaintiff Nathan Charles Griggs move this Court for an order permitting me to file this motion forma pauperis without prepayment of fees and costs or security therefor, and appointing Lenra Smith 1205 North 3rd Street Harrisburg PA 17101, an attorney of the Pennsylvania Bar, to represent the Plaintiff, myself as provided in 28 U.S.C. section 1915(d) and 18 U.S.C. § section 3006A(g), because, as ~~their~~ my signed affidavit indicates, I am unable to pay such costs or offer security therefor, can not afford to employ an attorney. This motion is based on the complaint and affidavit submitted here within.

Respectfully Submitted,

Date: 1-02-01

Nathan Charles Griggs

Nathan Charles Griggs
501 Mall Road
Harrisburg PA 17111