Nathan Charles Griggs
501 Mall Road
Harrisburg PA 17111

ORIGINAL

FILED
JAN 10 2001
PER _____
HARRISBURG, PA.    DEPUTY CLERK

IN The United States District Court
For The Middle District of Pennsylvania

Nathan Charles Griggs
    Plaintiff
        v.
Brian Fisher, et al.,
    Defendants

Affidavit In Support of
Action In Support Of
Motion for Leave To Proceed
In Forma Pauperis and For
Appointment of Counsel

Civil Action Number. 1:CV-00-22

I Nathan Charles Griggs declare:

1. I am a plaintiff in the above-titled action.

2. I believe I am entitle to bring this action in the United States District Court for the Middle District of Pennsylvania against the above-named defendants.

3. The action seeks to enjoin those defendants from deprivation of my Constitutional rights; Subjecting me to cruel and unusual punishment for expressing myself and seeks damages in the amount of three hundred and seventy five thousand dollars ($375,000) for deprivation of Plaintiff's civil rights.

4. I believe that I am entitled to the redress sought in this action.

5. I have read and know the contents of the complaint and believe them to be true.

6. I have assets of only one religious necklace valued at approximately thirty five dollars ($35.00). I am without any other assets or any form of income.

2of2

to give security therefor, or to employ an attorney.

I declare under penalty of perjury that the above statement is true and correct.

Nathan Charles Grigo

Date: 1-2-01