

Mary E. D'Andrea.
Clerk of Court
United States District Court
Middle District of Pennsylvania
Post Office Box 983
Harrisburg, Pennsylvania 17108

Re: 1:00-CV-02219   Griggs v. Fisher
Judge: William W. Caldwell

Dear Madam:

I am trying to get Brian Fisher's correct home address. Where I am able to fill out the other Marshal form. He has stopped working at Dauphin County Prison. So I have come to a fork in the road. If you have any ideas on how to handle this dilemma. They would be highly appreciated. I was told to send it to the Prison and let them forward it. I am reading material, but nothing has even touched this subject.

Sincerely,
Nathan Charles Griggs
    Nathan Charles Griggs  DCP# 35560