OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

**MARY E. D'ANDREA**
Clerk of Court

(570) 207-5600   FAX (570) 207-5650
e-mail address: www.pamd.uscourts.gov

*Divisional Offices*

Harrisburg:     (717) 221-3920
Williamsport:  (570) 323-6380

January 11, 2001

RECEIVED
SCRANTON
JAN 16 2001
PER _____
DEPUTY CLERK

Mr. Nathan Charles Griggs
#35560
Dauphin County Prison
501 Mall Road
Harrisburg, PA 17111

      Re:   <u>Griggs v. Fisher, et al.</u>, Civil No. 1:CV-00-2219
           (Judge Caldwell)

Dear Mr. Griggs:

    I am writing in response to your letter dated January 3, 2001 to the Clerk of Court regarding the case referenced above. Court personnel may not render legal advice to a litigant, nor may they issue any legal relief that is not requested in a motion appropriately filed with the Clerk of Court and served on counsel for any opposing parties.

    Please submit any future requests for relief in the form of a formal motion, not in informal correspondence either to the Clerk of Court or to the Judge presiding in your case.

                                    Sincerely,

                                    James P. Van Wie, Esquire
                                    Pro Se Law Clerk

JPVW:laf