UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NATHAN CHARLES GRIGGS,          :
                                :
          Plaintiff             :
                                :
     v.                         :    CIVIL NO. 1:CV-00-2219
                                :
BRIAN FISHER, ET AL.,           :    (Judge Caldwell)
                                :
          Defendants            :

**FILED**
**HARRISBURG, PA**

JAN 2 4 2001

MARY E. D'ANDREA, CLERK
PER_____
(DEPUTY CLERK

                            ORDER

     AND NOW, this 24th day of January, 2001, it is ordered
that:

          1. Plaintiff's motion to proceed in forma
     pauperis is construed as a motion to proceed
     without full prepayment of fees and costs
     and the motion is granted.[1]

          2.  The United States Marshal is directed
     to serve plaintiff's original complaint
     (Doc. 1) and amended complaint (Doc. 6) on
     the defendants named therein.


                              WILLIAM W. CALDWELL
                              United States District Judge

---

1.  Griggs completed this court's form application to proceed in
forma pauperis and authorization to have funds deducted from his
prison account.  The court then issued an administrative order
directing the warden at his present place of confinement to
commence deducting the full filing fee from plaintiff's prison
trust fund account.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

January 24, 2001

Re:  1:00-cv-02219    Griggs v. Fisher

True and correct copies of the attached were mailed by the clerk
to the following:

    Nathan Charles Griggs
    CTY-DAUPHIN
    #35360
    Dauphin County Prison
    501 Mall Road
    Harrisburg, PA  17111

cc:
Judge                          ( ✓ )
Magistrate Judge               (  )
U.S. Marshal                   (  )
Probation                      (  )
U.S. Attorney                  (  )
Atty. for Deft.                (  )
Defendant                      (  )
Warden                         (  )
Bureau of Prisons              (  )
Ct Reporter                    (  )
Ctroom Deputy                  (  )
Orig-Security                  (  )
Federal Public Defender        (  )
Summons Issued                 (  ) with N/C attached to complt. and served by:
                                    U.S. Marshal (  )    Pltf's Attorney (  )
Standard Order 93-5            (  )
Order to Show Cause            (  ) with Petition attached & mailed certified mail
                                    to:  US Atty Gen   (  )    PA Atty Gen (  )
                                         DA of County  (  )    Respondents (  )
Bankruptcy Court               (  )
Other____PRSLC____             ( ✓ )
            Van Wie                          MARY E. D'ANDREA, Clerk


DATE: _____1-24-01_____        BY: _____
                                       Deputy Clerk



UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

January 25, 2001

Re:   1:00-cv-02219    Griggs v. Fisher

True and correct copies of the attached were mailed by the clerk
to the following:

        Nathan Charles Griggs
        CTY-DAUPHIN
        #35360
        Dauphin County Prison
        501 Mall Road
        Harrisburg, PA   17111

cc:
Judge                        (  )
Magistrate Judge             (  )
U.S. Marshal                 (  )
Probation                    (  )
U.S. Attorney                (  )
Atty. for Deft.              (  )
Defendant                    (  )
Warden                       (  )
Bureau of Prisons            (  )
Ct Reporter                  (  )
Ctroom Deputy                (  )
Orig-Security                (  )
Federal Public Defender      (  )
Summons Issued               (  ) with N/C attached to complt. and served by:
                                  U.S. Marshal (  )      Pltf's Attorney (  )
Standard Order 93-5          (  )
Order to Show Cause          (  ) with Petition attached & mailed certified mail
                                  to:  US Atty Gen   (  )   PA Atty Gen (  )
                                       DA of County  (  )   Respondents (  )
Bankruptcy Court             (  )
Other_____(  )

                                            MARY E. D'ANDREA, Clerk


DATE: _____        BY: _____
                                            Deputy Clerk