# WAIVER OF SERVICE OF SUMMONS

TO: _Nathan Charles Gregg_
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of _Gregg_ vs _Fisher_, which is case number _CV-00-2219_ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you without cost to me.

   I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

   I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

   I understand that a judgement may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _2/14/01_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

_2/22/01_
DATE

SIGNATURE

Printed/typed name: Scott Lewis

Title if any: Correctional Officer

Address of Person signing: Dauphin County Prison

501 Mall Rd

Harrisburg, PA 17111

Party you represent: _____

FILED
SCRANTON
MAR 15 2001
PER _____
DEPUTY CLERK

# WAIVER OF SERVICE OF SUMMONS

TO: _Nathan Charles Gregg_
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of _Gregg_ vs _Fisher_, which is case number _CV-00-2219_ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _2/14/01_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

_2-21-01_
DATE

_[signature]_
SIGNATURE

Printed/typed name: Andrew Klahr

Title if any: Correctional Officer

Address of Person signing: Dauphin County Prison

501 Mall Rd

Harrisburg, PA  17111

Party you represent: _____

FILED
SCRANTON
MAR 15 2001
PER ____

# WAIVER OF SERVICE OF SUMMONS

TO: Nathan Charles Gregg
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of ____Gregg____ vs ____Fisher____, which is case number CV-00-2219 in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after ____2/14/01____ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

____3/5/01____                          ____Pat M. Corkle____
DATE                                            SIGNATURE

Printed/typed name:  Patrick Corkle

Title if any:  Captain

Address of Person signing:  Dauphin County Prison

                                              501 Mall Rd

                                              Harrisburg, PA 17111

Party you represent: ____

FILED
SCRANTON
MAR 15 2001
PER ____
DEPUTY CLERK

# WAIVER OF SERVICE OF SUMMONS

TO: _Nathan Charles Gregg_
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of _Gregg_ VS _Fisher_, which is case number _CV-00-2219_ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _2/14/01_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

_3-7-01_                                   _/s/ John D. Payne_
DATE                                        SIGNATURE

Printed/typed name: _____ John D. Payne _____

Title if any: _____ Chairman _____

Address of Person signing: _Dauphin County Courthouse, P.O. Box 1295_

_Harrisburg, PA 17108_

FILED
SCRANTON
MAR 15 2001
PER _____
DEPUTY CLERK

Party you represent: _____

# WAIVER OF SERVICE OF SUMMONS

TO: Nathan Charles Gregg
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of Gregg vs Fisher, which is case number CV-00-2219 in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after 2/14/01 (date request was sent), or within 90 days after that date if the request was sent outside the United States.

3/12/01
DATE

_[signature]_
SIGNATURE

Printed/typed name: Lowman S. Henry

Title if any: Vice-Chairman

Address of Person signing: Dauphin County Courthouse, P.O. Box 1295
Harrisburg, PA 17108

Party you represent: _____

FILED
SCRANTON
MAR 15 2001
PER _[signature]_
DEPUTY CLERK

# WAIVER OF SERVICE OF SUMMONS

TO: _Nathan Charles Gripp_
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of _Gripp_ vs _Fisher_, which is case number _CV-00-2219_ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _2/14/01_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

_3/12/01_                                    _A. Petrucci_
DATE                                         SIGNATURE

Printed/typed name: Anthony M. Petrucci

Title if any: Secretary

Address of Person signing: Dauphin County Courthouse, P.O. Box 1295

Harrisburg, PA 17108

Party you represent: _____

FILED
SCRANTON
MAR 15 2001
PER _____
DEPUTY CLERK

# WAIVER OF SERVICE OF SUMMONS

TO: _Nathan Charles Gregg_
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action

of _Gregg_ vs

_Fisher_, which is case number _CV-00-2219_ in the

United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _2/14/01_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

_2/21/01_
DATE

SIGNATURE

Printed/typed name: _Dominick L. DeRose_

Title if any: _Warden_

Address of Person signing: _Dauphin County Prison_

_501 Mall Rd_

_Harrisburg, PA 17111_

FILED
SCRANTON
MAR 15 2001
PER
DEPUTY CLERK

Party you represent: _____

# WAIVER OF SERVICE OF SUMMONS

TO: _Nathan Charles Gregg_
(Name of plaintiff's attorney or pro se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of _Gregg_ VS _Fisher_, which is case number _CV-00-2219_ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after _2/14/01_ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

_Feb. 28, 2001_
DATE

SIGNATURE

Printed/typed name: _Leonard Carroll_

Title if any: _Deputy Warden_

Address of Person signing: _Dauphin County Prison_

_501 Mall Rd_

_Harrisburg, PA 17111_

Party you represent:

FILED
SCRANTON
MAR 15 2001
PER _____
DEPUTY CLERK

# WAIVER OF SERVICE OF SUMMONS

TO: __Nathia( Charles Gregg__
(Name of plaintiff's attorney or pro-se plaintiff)

I acknowledge receipt of your request that I waive service of a summons in the action of __Gregg__ VS __Fisher__, which is case number __CV-00-2219__ in the United States District Court for the Middle District of Pennsylvania. I have also received a copy of the complaint in the action, two copies of this instrument and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgement may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after __2/14/01__ (date request was sent), or within 90 days after that date if the request was sent outside the United States.

__2/21/01__
DATE

__Major Dennis L. Stewart__
SIGNATURE

Printed/typed name: __Dennis L. Stewart__

Title if any: __Major__

Address of Person signing: __Dauphin County Prison__

__501 Mall Rd__

__Harrisburg, PA 17111__

FILED
SCRANTON
MAR 15 2001
PER _____
DEPUTY CLERK

Party you represent: _____