Nathan Charles Griggs
#35560
Dauphin County Prison
501 Mall Road
Harrisburg, PA 17111

JUDGE'S COPY

(15)
cop

# THE UNITED STATES DISTRICT COURT
# FOR THE Middle DISTRICT OF PENNSYLVANIA

Nathan Charles Griggs, :
   Plaintiff :       Amendment for
   V, :               Complaint
    :                 Civil Action Number 1:CV-00-221
    :                 PRSLC Vanulie
Brian Fisher, et al., :
   Defendants :

FILED
HARRISBURG, PA
MAR 26 2001
MARY E. D'ANDREA, CLE
Per _____ Deputy Clerk

## I.

I am wishing to add to the lists of defendants:

1) Robert Burns, individually and in his own capacities as Chief County Administrator/Chief Clerk;

2) Dauphin County, individually and in its own capacities as the place of employment of all of the sections/departments all of the defendants employment positions, each defendant works under Dauphin County, ;

## II

3) Robert Burns is the Chief County Administrator/Chief Clerk.

He is responsible for the management of the officials running the county as well as responsible for all records of offices adjoined in or under direct care of Dauphin County.

4) Dauphin County because it is the county that houses the prison Plaintiff was allegedly beaten, in addition to the fact that all allegedly responsible defendants and their superiors and supervisors are under employment of.

### III. Facts

5) This incident happened December 29, 1998 at Dauphin County Prison.

Dated: March 20, 2001

Respectfully Submitted,

Nathan Charles Griggs

Nathan Charles Griggs
#35560
Dauphin County Prison
501 Mall Road
Harrisburg PA 17111