

**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATHAN CHARLES GRIGGS, <br>     Plaintiff | NO. CV-00-2219 |
| v. | JURY TRIAL DEMANDED |
| JOHN D. PAYNE, LOWMAN S. HENRY and ANTHONY M. PETRUCCI, individually and in their capacities as Commissioners of Dauphin County; DOMINICK L. DEROSE, individually and in his own capacity as Warden of Dauphin County Prison; LEONARD K. CARROLL, individually and in his capacity as Deputy Warden of Security of Dauphin County Prison; MAJOR DENNIS STEWART, CAPTAIN PATRICK CORKLE, BRIAN FISHER, SCOTT LEWIS, and ANDREW KLAHR, individually and in their capacities as Correctional Officers of Dauphin County Prison; PRIME CARE MEDICAL, individually and in their capacity as medical service providers of Dauphin County Prison, <br>     Defendants | FILED <br> HARRISBURG, PA <br> APR 0 9 2001 <br> MARY E. D'ANDREA, CLERK <br> Per _____ Deputy Clerk |

### ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly enter my appearance on behalf of John D. Payne, Lowman S. Henry, and Anthony M. Petrucci, individually and in their capacities as Commissioners of Dauphin County; Dominick L. DeRose, individually and in his own capacity as Warden of Dauphin County Prison; Leonard K. Carroll, individually and in his capacity as Deputy Warden of Security of Dauphin County Prison; Major Dennis Stewart, Captain Patrick Corkle, Brian

Fisher, Scott Lewis, and Andrew Klahr, individually and in their capacities as Correctional Officers of Dauphin County Prison, only, in the above-captioned matter.

Respectfully submitted,

LAVERY, FAHERTY, YOUNG
& PATTERSON, P.C.

DATE: 4/6/01      By: _____

Frank J. Lavery, Jr., Esquire
P.O. Box 1245
Harrisburg, PA  17108-1245
(717) 233-6633
Atty I.D. 42370
Attys for Defendants

## CERTIFICATE OF SERVICE

I, Kelly Ann Guyer, an employee of the law firm of Lavery, Faherty, Young & Patterson, P.C., do hereby certify that on this 6th day of April, 2001, I served a true and correct copy of the foregoing ENTRY OF APPEARANCE via U.S. First Class mail, postage prepaid, addressed as follows:

Nathan Charles Griggs
Inmate #35360
Dauphin County Prison
501 Mall Road
Harrisburg, PA 17111

Prime Care Medical
Dauphin County Prison
501 Mall Road
Harrisburg, PA   17111

_____
Kelly Ann Guyer