**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATHAN CHARLES GRIGGS | ) |
| | ) DOCKET 1:CV-00-2219 |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| JOHN D. PAYNE, et al. | ) |
| | ) |
| Defendants | ) |

FILED
HARRISBURG
APR 3 0 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

### PRAECIPE FOR ENTRY OF APPEARANCE

Kindly enter the appearance of Don Bailey, Esquire, as attorney for plaintiff in the above-captioned matter.

Sincerely,

Don Bailey, Esquire
I.D.No. 23786
4311 North 6th Street
Harrisburg, PA 17110
(717) 221-9500

Dated: April 26, 2001

## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATHAN CHARLES GRIGGS | ) |
| | ) DOCKET 1:CV-00-2219 |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| JOHN D. PAYNE, et al. | ) |
| | ) |
| Defendants | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on this **30th DAY OF APRIL 2001**, a true and correct copy of the foregoing **ENTRY OF APPEARANCE** was served upon the following counsel of record by United States Mail, postage prepaid:

Frank Lavery Jr., Esquire
301 Market Street
Harrisburg, PA 17101

BY: _____
Don Bailey ID# 23786
4311 N. 6th Street
Harrisburg, PA 17110
(717) 221-9500