ORIGINAL

# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATHAN CHARLES GRIGGS | ) |
| | ) DOCKET 1:CV-00-2219 |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| JOHN D. PAYNE, et al. | ) |
| | ) |
| Defendants | ) |

FILED
HARRISBURG
APR 30 2001
MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK

## MOTION FOR AN ENLARGEMENT OF TIME

1.) On or about December 20, 2001, plaintiff filed this complaint Pro Se and In Forma Pauperis.

2.) On April 16 2001, defendants attorney, Frank Lavery filed a Motion to Dismiss Pursuant to Rule 12 (b) (6) of the Federal Rules of Civil Procedure in the above referenced matter.

3.) On or about April 20, 2001, plaintiff sent a copy of his complaint and documents to Mr. Bailey's office and requested that Mr. Bailey represent him.

4.) I have entered my appearance on behalf of plaintiff on April 30, 2001.

5.) Counsel is requesting a 60-day enlargement of time in the above captioned matter to allow counsel to thoroughly investigate and, to respond to the Defendants' Motion to Dismiss.

6.) Opposing counsel only concurs with a 30-day enlargement of time.

**WHEREFORE** counsel is requesting a 60-day enlargement of time and to advance the case management plan accordingly.

> Respectfully Submitted,
>
> *[signature]*
> Don Bailey ID# 23786
> 4311 N. 6th Street
> Harrisburg, PA 17110
> (717) 221-9500

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATHAN CHARLES GRIGGS )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>JOHN D. PAYNE, et al. )<br>)<br>Defendants ) | DOCKET 1:CV-00-2219 |

### CERTIFICATE OF SERVICE

I hereby certify that on this **30th DAY OF APRIL 2001**, a true and correct copy of the foregoing **ENTRY OF APPEARANCE** was served upon the following counsel of record by United States Mail, postage prepaid:

Frank Lavery Jr., Esquire
301 Market Street
Harrisburg, PA 17101

BY: *[signature]*
Don Bailey ID# 23786
4311 N. 6th Street
Harrisburg, PA 17110
(717) 221-9500