FILED
HARRISBURG, PA

MAY 0 3 2001

MARY E. D'ANDREA, CLERK
PER_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

NATHAN CHARLES GRIGGS,                      :

          Plaintiff                         :

                                            :

     v.                                     :     CIVIL NO. 1:CV-00-2219

                                            :

BRIAN FISHER, ET AL.,                       :     (Judge Caldwell)

                                            :

          Defendants                        :

## ORDER

AND NOW, THIS 3rd DAY OF MAY, 2001, upon consideration

of plaintiff's motion for an enlargement of time in which to

file a response to Defendants Payne, Henry, Petrucci, DeRose,

Carroll, Stewart, Corkle, Fisher, Lewis, and Klahr's motion to

dismiss, said motion (Doc. 20) is hereby granted.  Plaintiff is

granted an enlargement of time until June 20, 2001 in which to

file an opposing brief or otherwise respond.

_____
WILLIAM W. CALDWELL
United States District Judge