ORIGINAL

FILED
HARRISBURG
AUG 6 2001
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NATHAN CHARLES GRIGGS, <br> Plaintiff | : <br> : <br> : |
| v. | : <br> : |
| JOHN D. PAYNE, LOWMAN S. HENRY <br> and ANTHONY M. PETRUCCI, <br> individually and in their capacities as <br> Commissioners of Dauphin County; <br> DOMINICK L. DEROSE, individually <br> and in his own capacity as Warden of <br> Dauphin County Prison; <br> LEONARD K. CARROLL, individually <br> and in his capacity as Deputy Warden <br> of Security of Dauphin County Prison; <br> MAJOR DENNIS STEWART, CAPTAIN <br> PATRICK CORKLE, BRIAN FISHER, <br> SCOTT LEWIS, and ANDREW KLAHR <br> individually and in their capacities as <br> Correctional Officers of Dauphin County <br> Prison; PRIME CARE MEDICAL, <br> individually and in their capacity as <br> medical service providers of <br> Dauphin County Prison, <br> Defendants | : NO. CV-00-2219 <br> : <br> : JURY TRIAL DEMANDED <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of JOHN D. PAYNE, LOWMAN S. HENRY and ANTHONY M. PETRUCCI, individually and in their capacities as Commissioners of Dauphin County; DOMINICK L. DeROSE, individually and in his own capacity as Warden of Dauphin County Prison; LEONARD K. CARROLL, individually and in his capacity as Deputy Warden of Security of Dauphin County Prison; MAJOR DENNIS STEWART, CAPTAIN PATRICK CORKLE, BRIAN FISHER, SCOTT LEWIS, and ANDREW KLAHR individually and in their capacities as Correctional Officers of Dauphin County Prison only, in the above-referenced matter

Respectfully submitted,

By: _____  8/3/01
Jay Braderman, Esquire
126 Locust Street
PO Box 11489
Harrisburg, PA 17108-1489
(717) 232-6600
(717) 238-3816 (Fax)