**ORIGINAL**

(28)
8-9-01

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NATHAN CHARLES GRIGGS,  :
      Plaintiff  :
        :
v.  :  CIVIL NO. 1:CV:00-2219
        :
BRIAN FISHER, ET AL.,  :  (Judge Caldwell)
      Defendants  :

**FILED
HARRISBURG
AUG 0 8 2001
MARY E. D'ANDREA, CL
Per _____
DEPUTY CLERK**

## PRAECIPE FOR ENTRY OF APPEARANCE

    Please enter the appearance of Thomas J. Weber, Esquire, and John R. Ninosky, Esquire, of Goldberg, Katzman & Shipman, P.C., on behalf of Defendant, PrimeCare Medical, Inc.

                    Respectfully submitted,

                    **GOLDBERG, KATZMAN & SHIPMAN, P.C.**

By: _____
                    Thomas J. Weber, Esquire
                    John R. Ninosky, Esquire
                    320 Market Street
                    P.O. Box 1268
                    Harrisburg, PA 17108
                    Attorneys for Defendants

                    (717) 234-4161

Date: August 8, 2001
66774.1

## CERTIFICATE OF SERVICE

I hereby certify that I am this date serving a copy of the foregoing document upon the person(s) and in the manner indicated below, which service satisfies the requirements of the Pennsylvania Rules of Civil Procedure, by depositing a copy of same in the United States Mail, Harrisburg, Pennsylvania, with first-class postage, prepaid, as follows:

Frank J. Lavery, Jr., Esquire
**Lavery, Faherty, Young & Patterson, P.C.**
The Kunkel Building
P. O. Box 1245
Harrisburg, PA 17108-1245

Don Bailey, Esquire
4211 North Sixth Street
Harrisburg, PA 17110

GOLDBERG, KATZMAN & SHIPMAN, P.C.

By: _____
Thomas J. Weber, Esquire
John R. Ninosky, Esquire
320 Market Street
P.O. Box 1268
Harrisburg, PA 17108
Attorneys for Defendants
Telephone: (717) 234-4161

Attorneys for Defendants

Dated: August 8, 2001