# DAUPHIN COUNTY PRISON



**Commissioners**
JOHN D. PAYNE, Chairman
LOWMAN S. HENRY
ANTHONY M. PETRUCCI

**Chief County Administrator/
Chief Clerk**
ROBERT BURNS

**Warden**
DOMINICK L. DeROSE

**Deputy Warden/Support**
JAMES M. DeWEES

**Deputy Warden/Treatment**
ELIZABETH A. NICHOLS

**Deputy Warden/Security**
LEONARD K. CARROLL

501 MALL ROAD
HARRISBURG, PENNSYLVANIA 17111
TELEPHONE: (717) 558-1100
FAX (717) 558-8825

December 3, 2001

FILED
SCRANTON

DEC 06 2001

PER _____
DEPUTY CLERK

Clerk of Court
United States District Court
P.O. Box 1148
Scranton, PA 18501-1148

RE: Nathan GRIGGS/Civil Action No. 1:00-CV-2219

Dear Sir/Madam:

Please be advised that the above mentioned individual was released from Dauphin County Prison on November 9, 2001. Our records indicate that he was not transferred to any other correctional facility, but rather was released to the street after completion of a revocation of parole.

I so inform you, pursuant to your Administrative Order instructing us to submit payments for filing fees. Our records show that from the time we received your Administrative Order until the date of his release, inmate Griggs never received any deposit to his account at Dauphin County Prison. Therefore, his balance owed to the Courts is still $150.00. I will retain your Order in his file, in case he returns to this facility. I assume that in the eventuality of his return, the Order would still be effective; I will proceed in accordance to instructions therein contained unless I hear from you to the contrary.

If you have any questions or require any additional information, please contact me.

Sincerely yours,

Denise A. Kelly
Denise A. Kelly
Administrative Assistant

Copy: Administration
    Freddie McNeal, Business Manager