OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
*for the*
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg. & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

**MARY E. D'ANDREA**
Clerk of Court

(570) 207-5600 FAX (570) 207-5650
e-mail address: www.pamd.uscourts.gov

*Divisional Offices*

Harrisburg: (717) 221-3920
Williamsport: (570) 323-6380

COPY



April 5, 2002

FILED
SCRANTON
APR - 5 2002
PER _____ DEPUTY CLERK

Mr. Don Bailey
4311 N. 6th Street
Harrisburg, PA 17110

Re: <u>Griggs v. Fisher, et al.</u>, Civil No. 1:CV-00-2219

Dear Mr. Bailey:

Per your telephone conversation with Pia Taggart of our office, enclosed for your information are a current docket sheet and a copy of this court's December 6, 2001 order (Doc. 29) in the case referenced above.

Sincerely,

Lois A. Fuller
Pro Se Writ Clerk

laf
Enclosures