*Law Clerk's Copy*

320 MARKET STREET • STRAWBERRY SQUARE
P.O. BOX 1268 • HARRISBURG, PENNSYLVANIA 17108-1268
717.234.4161 • 717.234.6808 (FAX)



GOLDBERG, KATZMAN & SHIPMAN, P.C.
ATTORNEYS AT LAW

April 19, 2002

OF COUNSEL
F. LEE SHIPMAN

COUNSEL
JOSHUA D. LOCK
ARNOLD B. KOGAN

ARTHUR L. GOLDBERG
(1951-2000)

HARRY B. GOLDBERG
(1961-1998)

RONALD M. KATZMAN
PAUL J. ESPOSITO
NEIL HENDERSHOT
J. JAY COOPER
THOMAS E. BRENNER
JOHN A. STATLER
APRIL L. STRANG-KUTAY
GUY H. BROOKS
JEFFERSON J. SHIPMAN
JERRY J. RUSSO
MICHAEL J. CROCENZI
THOMAS J. WEBER
STEVEN E. GRUBB
JOHN DELORENZO
JOHN R. NINOSKY
ROYCE L. MORRIS
DAVID M. STECKEL
HEATHER L. FERNSLER

Peter Welsh, Deputy in Charge
U.S. District Court for the
Middle District of Pennsylvania
Federal Building
Harrisburg, PA 17108

FILED
HARRISBURG, PA

APR 23 2002

MARY E. D'ANDREA, CLERK
Per _____

Re:    **Griggs v. Fisher, et al. (No. 1:CV:00-2219)**

Dear Mr. Welsh:

This office received a copy of the Scheduling Order entered in the above-referenced matter on April 18, 2002. We had previously been involved in the case on behalf of Defendant, PrimeCare Medical, Inc. Pursuant to Judge Caldwell's Memorandum of December 3, 2001, PrimeCare Medical was dismissed from the action. As a result, I believe that we should be removed from the distribution list in this case. I do not plan on attending the Case Management Conference on May 29, 2002, as a result of my client's dismissal from the suit.

If for any reason my attendance is requested or required by the Court, kindly notify me of the same.

Very truly yours,

Thomas J. Weber

TJW/sjb
78407.1