Case No: 1:00-cv-2219    Document No: 33,

Nathan Charles Griggs
#35360
CTY-DAUPHIN
Dauphin County Prison
501 Mall Road
Harrisburg, PA 17111

*[Postmark: HARRISBURG PA 04-10-02; U.S. OFFICIAL MAIL; DAUPHIN COUNTY PRISON, 501 MALL ROAD, HARRISBURG, PA 17111; RETURN TO SENDER — OTHER; handwritten: "Called DCP & inmate was released"]*

FILED
HARRISBURG, PA
APR 29 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

The U. S. District Court for the Middle Distr[ict]
established a Fax/Noticing Program effect[ive]
To participate in the program, and receive
and judgments by electronic means, pleas[e]
authorization form attached.

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U. S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS