UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

NATHAN CHARLES GRIGGS,          :
      Plaintiff               :
                                    :
    v.                              :    CIVIL NO. 1:00-CV-2219
                                    :
BRIAN FISHER, et al.,           :    (Judge Caldwell)
                                    :
      Defendants              :

O R D E R

AND NOW, this 7th day of May, 2002, it is ordered that the case management conference in this case is continued to Thursday, May 30, 2002, at 9:30 a.m.

                            /s/ William W. Caldwell
                            William W. Caldwell
                            United States District Judge


FILED
MAY 7 2002
PER /s/
HARRISBURG, PA.      DEPUTY CLERK