

39
5/31
ASM

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
MINUTES OF CONFERENCE

Nathan Charles Griggs v.
Brian Fisher, et al.

CASE NO: ~~1:CV-~~ 00-2219

DATE: May 31, 2002

Hon. William W. Caldwell presiding in chambers in Harrisburg, PA

Nature of Hearing Case Management Conference

Time Commenced 9 A.M. Time Terminated 9 10 A

| PLAINTIFF: | APPEARANCES | DEFENDANT: |
|---|---|---|
| Don Bailey, Esquire | | Jay R. Braderman, Esquire |

☑ See Order

REMARKS:

FILED
MAY 31 2002
PER ASM
HARRISBURG, PA. DEPUTY CLERK

Continue remarks and notes on back.