

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

NATHAN CHARLES GRIGGS,          :
      Plaintiff            :
                           :
    v.                      :    CIVIL NO. 1:00-CV-2219
                           :
BRIAN FISHER, et al.,           :    (Judge Caldwell)
                           :
      Defendants           :
                           :

O R D E R

      AND NOW, this 31st day of May, 2002, in connection with the case management conference in this matter IT IS ORDERED THAT:

    a) Discovery shall be completed by November 12, 2002. The parties shall identify any expert witnesses and shall provide reports promptly. Plaintiff's report is due by October 2, 2002, and defendant's report is due by November 1, 2002. (This case is on the complex track).

    b) Motions for joinder of parties shall be filed by August 2, 2002. Motions to amend pleadings shall be filed by September 3, 2002.

    c) All pre-trial motions shall be filed by November 12, 2002, accompanied by a supporting brief. All briefs filed in this case shall comply with Local Rule 7.8 and paragraph IV of the scheduling order previously entered in this case.

    d) This case shall be placed on the December, 2002 trial list of this court, scheduling order to follow. Parties and known

>witnesses shall be notified of this schedule immediately, or as soon as identified as such.

Litigants should be aware that it is my policy to adhere to the schedule hereby established. Continuances of trial and extensions of the discovery period will be granted only when extraordinary circumstances arise and application is timely made.

*William W Caldwell*
William W. Caldwell
United States District Judge