Case No: 1:00-cv-2219   Document No: 40

Nathan Charles Griggs
#35360
CTY-DAUPHIN
Dauphin County Prison
501 Mall Road
Harrisburg, PA 17111

(41)
6-12-02

DAUPHIN COUNTY PRISON
501 MALL ROAD
HARRISBURG, PA 17111

RETURN TO SENDER
ADDRESSEE UNKNOWN

RTS
RETURN TO SENDER

[X] INSUFFICIENT ADDRESS
[ ] ATTEMPTED NOT KNOWN
[ ] NO SUCH NUMBER/STREET
[ ] NOT DELIVERABLE AS ADDRESSED
    - UNABLE TO FORWARD
[ ] OTHER

FILED
HARRISBURG, PA
JUN 11 2002
MARY E. D'ANDREA, CLERK
Per _____

The U. S. District Court for the Middle District
established a Fax/Noticing Program effective
To participate in the program, and receive noti
and judgments by electronic means, please co
authorization form attached.

Taggart

OFFICE OF THE
UNITED STATES DI
MIDDLE DISTRICT OF
U.S. COURT
228 WALNUT
P.O. BOX
HARRISBURG,
OFFICIAL BUS
PENALTY FOR PRIVA

# United States District Court for the Middle District of Pennsylvania



Please file all pleadings directly with the Clerk's Office in which the assigned Judge is located. Do not file any courtesy copies with the Judge's Chambers.

| JUDICIAL OFFICERS | CLERK'S OFFICE ADDRESS |
|---|---|
| Chief Judge Thomas I. Vanaskie<br>Judge A. Richard Caputo<br>Judge James M. Munley<br>Judge William J. Nealon<br>Judge Richard P. Conaboy<br>Judge Edwin M. Kosik<br>Magistrate Judge Thomas M. Blewitt<br>Magistrate Judge Malachy E. Mannion | U.S. District Court<br>235 North Washington Ave.<br>P.O. Box 1148<br>Scranton, PA 18501 |
| Judge Yvette Kane<br>Judge Sylvia H. Rambo<br>Judge William W. Caldwell<br>Magistrate Judge J. Andrew Smyser | U.S. District Court<br>228 Walnut St.<br>P.O. Box 983<br>Harrisburg, PA 17108 |
| Judge Malcolm Muir<br>Judge James F. McClure | U.S. District Court<br>240 West Third St.<br>Suite 218<br>Williamsport, PA 17701 |

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## AUTHORIZATION TO TRANSMIT NOTICE OF ORDERS AND JUDGMENTS VIA ELECTRONIC MEANS

The Clerk of Court for the U.S. District Court for the Middle District of Pennsylvania is hereby authorized to transmit notice of entries of judgments and orders by electronic means in any case in which this capability exists and the undersigned appears as the attorney of record.[1]

I understand it is my responsibility to provide the Clerk's Office with a number dedicated for facsimile transmission and/or e-mail address and to notify the Clerk's Office promptly in writing if the dedicated FAX number or e-mail address changes. I also understand this electronic notice will be in lieu of notice by mail.

Printed Name: _____

PA Bar ID: _____

Firm Name: _____

Address: _____

_____

Phone: _____

Signature: _____

Date: _____

**FAX NUMBER DEDICATED FOR NOTICE:** _____

**E-MAIL ADDRESS DEDICATED FOR NOTICE:** _____

(Note: e-mail feature will not be available until Spring 2002)

Mail, fax or e-mail this authorization to:   Clerk, U.S. District Court
William J. Nealon Federal Building & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

Fax (570) 207-5650    E-Mail: *mdpacourt @ pamd.uscourts.gov*

**Please file only one authorization form. It will activate an account in all cases in which you are an attorney of record. You will receive notice by electronic means when your account has been established.**

---

[1] February 1, 2002 - Social Security Cases and Criminal Cases are **not** included in the Middle District's progam at this time, but may be included in the future.

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

NATHAN CHARLES GRIGGS,  :
    Plaintiff  :
  :
v.  :  CIVIL NO. 1:00-CV-2219
  :
BRIAN FISHER, et al.,  :  (Judge Caldwell)
  :
    Defendants  :
  :



O R D E R

AND NOW, this 31st day of May, 2002, in connection with the case management conference in this matter IT IS ORDERED THAT:

    a) Discovery shall be completed by November 12, 2002. The parties shall identify any expert witnesses and shall provide reports promptly. Plaintiff's report is due by October 2, 2002, and defendant's report is due by November 1, 2002. (This case is on the complex track).

    b) Motions for joinder of parties shall be filed by August 2, 2002. Motions to amend pleadings shall be filed by September 3, 2002.

    c) All pre-trial motions shall be filed by November 12, 2002, accompanied by a supporting brief. All briefs filed in this case shall comply with Local Rule 7.8 and paragraph IV of the scheduling order previously entered in this case.

    d) This case shall be placed on the December, 2002 trial list of this court, scheduling order to follow. Parties and known

-2-

witnesses shall be notified of this schedule immediately, or as soon as identified as such.

Litigants should be aware that it is my policy to adhere to the schedule hereby established. Continuances of trial and extension of the discovery period will be granted only when extraordinary circumstances arise and application is timely made.

*[signature]*
William W. Caldwell
United States District Judge