**ORIGINAL**



FILED
HARRISBURG, PA
AUG 12 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

NATHAN CHARLES GRIGGS,  :
    Plaintiff  :
    :
  v.  :
    :
JOHN D. PAYNE, LOWMAN S. HENRY :
and ANTHONY M. PETRUCCI, : NO. CV-00-2219
individually and in their capacities as :
Commissioners of Dauphin County; :
DOMINICK L. DEROSE, individually : JURY TRIAL DEMANDED
and in his own capacity as Warden of :
Dauphin County Prison; :
LEONARD K. CARROLL, individually :
and in his capacity as Deputy Warden :
of Security of Dauphin County Prison; :
MAJOR DENNIS STEWART, CAPTAIN :
PATRICK CORKLE, BRIAN FISHER, :
SCOTT LEWIS, and ANDREW KLAHR :
individually and in their capacities as :
Correctional Officers of Dauphin County :
Prison; PRIME CARE MEDICAL, :
individually and in their capacity as :
medical service providers of :
Dauphin County Prison, :
    Defendants :

## WITHDRAWAL OF APPEARANCE

TO: Prothonotary

Kindly withdraw my appearance on behalf of the Defendants, JOHN D. PAYNE, LOWMAN S. HENRY and ANTHONY M. PETRUCCI, individually and in their capacities as Commissioners of Dauphin County; DOMINICK L. DeROSE, individually and in his own capacity as Warden of Dauphin County Prison; LEONARD K. CARROLL, individually and in his capacity as Deputy Warden of Security of Dauphin County Prison; MAJOR DENNIS STEWART, CAPTAIN PATRICK CORKLE, BRIAN FISHER, SCOTT LEWIS, and ANDREW KLAHR individually and in their capacities as Correctional Officers of Dauphin County Prison only. Attorney Jay Braderman will be representing these defendants.

Respectfully submitted,

Lavery, Faherty, Young & Patterson, P.C.

Date: 8/12/02

By: _____
Frank J. Lavery, Jr., Esquire
Atty. No. 42370
301 Market St., Suite 800
P.O. Box 1245
Harrisburg, PA 17108-1245
Attys. for Defendants

## CERTIFICATE OF SERVICE

I, Megan L. Renno, an employee with the law firm of Lavery, Faherty, Young & Patterson, P.C., do hereby certify that on this 12TH day of August, 2002, I served a true and correct copy of the foregoing Withdrawal of Appearance via U.S. First Class mail, postage prepaid, addressed as follows:

Don Bailey, Esquire
4311 North Sixth Street
Harrisburg, PA 17110

Jay R. Braderman, Esquire
126 Locust Street
P.O. Box 11489
Harrisburg, PA 17108-1489

Megan L. Renno