Case No: 1:00-cv-2219   Document No: 42,   1

Nathan Charles Griggs
#35360
CTY-DAUPHIN
Dauphin County Prison
501 Mall Road
Harrisburg, PA 17111

(44)
8-15-02
SC

**RTS**
RETURN TO SENDER

**FILED**
HARRISBURG, PA

AUG 14 2002

MARY E. D'ANDREA, C
Per

[ ] OTHER
[ ] INSUFFICIENT ADDRESS
[ ] ATTEMPTED NOT KNOWN
[ ] NO SUCH NUMBER/STREET
[ ] NOT DELIVERABLE AS ADDRESSED
[ ] - UNABLE TO FORWARD

A
C
S

DAUPHIN COUNTY PRISON
501 MALL ROAD
HARRISBURG, PA 17111

[X] RETURN TO SENDER
[ ] ADDRESSEE UNKNOWN
[1] ADDRESSEE RELEASED
[ ] (NO FORWARDING ADDRESS)
[ ] CONTENTS NOT APPROVED

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U. S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

### AUTHORIZATION TO TRANSMIT NOTICE OF ORDERS AND JUDGMENTS VIA ELECTRONIC MEANS

The Clerk of Court for the U.S. District Court for the Middle District of Pennsylvania is hereby authorized to transmit notice of entries of judgments and orders by electronic means in any case in which this capability exists and the undersigned appears as the attorney of record.[1]

I understand it is my responsibility to provide the Clerk's Office with a number dedicated for facsimile transmission and/or e-mail address and to notify the Clerk's Office promptly in writing if the dedicated FAX number or e-mail address changes. I also understand this electronic notice will be in lieu of notice by mail.

Printed Name: _____

PA Bar ID: _____

Firm Name: _____

Address: _____

_____

Phone: _____

Signature: _____

Date: _____

**FAX NUMBER DEDICATED FOR NOTICE:** _____

**E-MAIL ADDRESS DEDICATED FOR NOTICE:** _____

(Note: e-mail feature will not be available until Spring 2002)

Mail, fax or e-mail this authorization to:    Clerk, U.S. District Court
William J. Nealon Federal Building & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

Fax (570) 207-5650    E-Mail: *mdpacourt @ pamd.uscourts.gov*

**Please file only one authorization form. It will activate an account in all cases in which you are an attorney of record. You will receive notice by electronic means when your account has been established.**

---

[1]February 1, 2002 - Social Security Cases and Criminal Cases are **not** included in the Middle District's progam at this time, but may be included in the future.

# United States District Court
## for the
## Middle District of Pennsylvania



Please file all pleadings directly with the Clerk's Office in which the assigned Judge is located.
Do not file any courtesy copies with the Judge's Chambers.

JUDICIAL OFFICERS

Chief Judge Thomas I. Vanaskie
Judge A. Richard Caputo
Judge James M. Munley
Judge William J. Nealon
Judge Richard P. Conaboy
Judge Edwin M. Kosik
Magistrate Judge Thomas M. Blewitt
Magistrate Judge Malachy E. Mannion

Judge Yvette Kane
Judge Christopher C. Conner
Judge Sylvia H. Rambo
Judge William W. Caldwell
Magistrate Judge J. Andrew Smyser

Judge John E. Jones III
Judge Malcolm Muir
Judge James F. McClure
Magistrate Judge William H. Askey (part time)

CLERK'S OFFICE ADDRESS

U.S. District Court
235 North Washington Ave.
P.O. Box 1148
Scranton, PA 18501

U.S. District Court
228 Walnut St.
P.O. Box 983
Harrisburg, PA 17108

U.S. District Court
240 West Third St.
Suite 218
Williamsport, PA 17701

(H2
8/7/02
~JSM

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RE:
Nathan Charles Griggs v.          :
Brian Fisher, et al.              :    Civil Action No. 1:CV-00-2219

Kelly Rae Hetzer v.              :
Federal Express Corp., et al.     :    Civil Action No. 1:CV-01-1951


O R D E R

        I.   The above-captioned civil cases have been placed on
the December 2002 trial list for trial in Harrisburg,
Pennsylvania.


        II. Juries in all cases will be drawn in Court Room No.
1, Ninth Floor, Federal Building, Harrisburg, Pennsylvania,
beginning at 9:30 a.m. on Monday, December 2, 2002.  Pending
criminal trials, if any, will be tried first.  Civil jury trials
will begin immediately following jury selection in the order of
the docket numbers (assuming no criminal trials), with the
earliest docket number going first and continuing to the most
recent docket number.  Non-jury matters will be tried last.
Counsel should be aware that settlements, etc., will often reduce
the actual number of cases for trial as the date approaches.



FILED

AUG  7 2002

PER
HARRISBURG, PA.          DEPUTY CLERK

AO 72A

III.  All pre-trial conferences will be held as follows on Tuesday, November 26, 2002, in my chambers, Ninth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania:

| | |
|---|---|
| 10:00 a.m. | No. 1:CV-01-1951 |
| 10:30 a.m. | No. 1:CV-00-2219 |

Lead counsel for each party shall attend the conference and have full authority to effectuate a complete settlement pursuant to Local Rule LR 16.2.

IV.  Counsel who will try the case are directed to confer with all other trial counsel in the case at least five (5) days prior to the date of the pre-trial conference.  Local Rule LR 16.3.  Subsequent to this meeting of counsel and at least two (2) days prior to the pre-trial conference, counsel shall submit a pre-trial memorandum in the form set forth in Appendix B of our Local Rules.  Local Rule LR 16.6.

V.  At the conference of counsel, pursuant to Local Rule LR 16.3, all exhibits that any party intends to introduce at trial (whether in his case in chief or in rebuttal) shall be identified and numbered on the attached form.  Only exhibits so listed may be offered in evidence at the trial, absent compelling reasons to the contrary.  Local Rule LR 16.3.

VI.   Trial briefs shall be submitted prior to trial and shall conform to Local Rule LR 39.7.  Motions in limine, if any, shall be filed at least ten (10) days prior to jury selection, and any response shall be filed three (3) days before jury selection. All requests for jury instructions shall be submitted before trial commences and shall conform to Local Rule LR 51.1.  Requests for juror voir dire shall be submitted at least three days prior to jury selection, limited to eight in number.

VII.   Whenever any civil action scheduled for jury trial is settled or otherwise disposed of in advance of the actual trial, jurors' costs, including mileage and per diem, may be assessed against the parties as directed by the court, <u>unless</u> the Clerk's office at the place in which jury selection is to be held is notified of the settlement in sufficient time to permit the Clerk to advise the jurors that their attendance will not be necessary.  Notice to the Clerk's office before 2:00 p.m. on the last business day preceding the day on which the jury is to be selected shall be adequate for this purpose.

VIII.   Failure of counsel to abide by this order or our Local Rule LR 16 may result in imposition of the sanctions listed in Local Rule LR 83.3.

3

IX.  The objective of this order is to provide all parties with timely resolution of their claims and to facilitate as effectively as possible an appropriate disposition of the issues at trial.  The cooperation of counsel is essential to this purpose.



William W. Caldwell
United States District Judge

Date:  August 7, 2002

4

# EXHIBIT LIST

JUDGE _____

CASE NUMBER _____

| Plaintiff | Defendant | Description of Item | Identified | Evidence | Ruling | Witness |
|-----------|-----------|---------------------|------------|----------|--------|---------|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |