# IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATHAN CHARLES GRIGGS | ) | CIVIL NO. 1:00-CV-2219 |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| VS. | ) | |
| | ) | |
| BRIAN FISHER ET AL, | ) | (JUDGE CALDWELL) |

**FILED**
HARRISBURG, PA

SEP 2 5 2002

MARY E. D'ANDREA, CLE
Per _____
Deputy Clerk

## JOINT MOTION FOR ENLARGEMENT OF TIME AND
## TO ADVANCE THE CASE MANAGEMENT SCHEDULE ACCORDINGLY

1.) On or about October 12, 2002 discovery ends in the above captioned matter.

2.) Plaintiff has been working on eliminating some of the defendants as suggested by the Court and has done so within the past week.

3.) Counsel has deposed the defendants and the defendants still have to depose the plaintiff and other witnesses as well.

4.) Counsel are requesting an enlargement of time until December 12, 2002 to finish discovery in this matter.

5.) In addition, document discovery is not complete and counsel agreed it must be completed before dispositive motions can be addressed.

**WHEREFORE** the Court is respectfully requested to grant a Joint Motion for Enlargement of Time until December 12, 2002 to conclude with discovery in this matter and to advance the Case Management Plan accordingly.

1

Respectfully Submitted,

BAILEY STRETTON & OSTROWSKI
Don Bailey Esq.
4311 N. 6th Street
Harrisburg, Pa 17110
(717) 221-9500

## **CERTIFICATE OF SERVICE**

I, Don Bailey do hereby certify that on this 25th **OF SEPTEMBER 2002** I

served a true and correct copy of the JOINT MOTION FOR ENLARGEMENT OF

TIME upon the attorneys below by First class-postage prepaid mail:


JAY BRADERMAN ESQUIRE
126 LOCUST STREET
HARRISBURG, PA 17108

Don Bailey Esquire