UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

NATHAN CHARLES GRIGGS,          :
        Plaintiff       :
                        :
    v.                          :       CIVIL NO. 1:00-CV-2219
                        :
BRIAN FISHER, et al.,           :       (Judge Caldwell)
                        :
        Defendants      :

O R D E R

AND NOW, this 30th day of October, 2002, upon consideration of Plaintiff's motion to withdraw the complaint as to Defendants DeRose, Carroll, and Stewart, it is ordered that:

    1.  The motion is granted.

    2.  Defendants Dominick L. DeRose, Leonard K. Carroll, and Dennis Stewart are dismissed from this case with prejudice.

FILED
HARRISBURG, PA

OCT 30 2002

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

William W. Caldwell
United States District Judge