Case No: 1:00-cv-2219    Document No: 47, 1(

Nathan Charles Griggs
#35360
CTY-DAUPHIN
Dauphin County Prison
501 Mall Road
Harrisburg, PA 17111





FILED
HARRISBURG, PA
OCT 31 2002
MARY E. D'A[...]
Per [signature]

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U. S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS

47
10/25/02

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

NATHAN CHARLES GRIGGS,
      Plaintiff

   v.                           CIVIL NO. 1:00-CV-2219

BRIAN FISHER, et al.,      (Judge Caldwell)

      Defendants

O R D E R

AND NOW, this 25th day of October, 2002, upon consideration of the motion for enlargement of time (doc. 46) filed September 25, 2002, it is ordered that:

    a) Discovery shall be completed by December 12, 2002.

    b) All pre-trial motions shall be filed by December 12, 2002, accompanied by a supporting brief.

    c) The trial is continued to the January 6, 2003 trial list of this court, with jury selection beginning at 9:30 a.m. in Court Room No. 1, ninth floor, 228 Walnut Street, Harrisburg, PA. The pre-trial conference will be held December 30, 2002, at 10:30 a.m.

/s/ William W. Caldwell
William W. Caldwell
United States District Judge

FILED
HARRISBURG, PA

OCT 25 2002

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk