Case No: 1:00-cv-2219    Document No: 48,   1 Co[py]







11-8-02
SC

Nathan Charles Griggs
#35360
CTY-DAUPHIN
Dauphin County Prison
501 Mall Road
Harrisburg, PA 17111

FILED
HARRISBURG, PA

NOV 0 7 2002

MARY E. D'ANDREA, CLERK
Per _____
      Deputy Clerk

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

NATHAN CHARLES GRIGGS,
:       Plaintiff
:
v.                          :       CIVIL NO. 1:00-CV-2219
:
BRIAN FISHER, et al.,       :       (Judge Caldwell)
:
Defendants      :

ORDER

AND NOW, this 30th day of October, 2002, upon consideration of Plaintiff's motion to withdraw the complaint as to Defendants DeRose, Carroll, and Stewart, it is ordered that:

1. The motion is granted.

2. Defendants Dominick L. DeRose, Leonard K. Carroll, and Dennis Stewart are dismissed from this case with prejudice.

William W. Caldwell
United States District Judge

FILED
HARRISBURG, PA
OCT 3 0 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk