Case No: 1:00-cv-2219   Document No: 48,   1 Copy

Nathan Charles Griggs
#35360
CTY-DAUPHIN
Dauphin County Prison
501 Mall Road
Harrisburg, PA 17111

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U. S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS

11/12/02

FILED
HARRISBURG, PA

NOV 0 8 2002

MARY E. D'ANDREA, CLER
Per _____
Deputy Clerk

17111+1211

DAUPHIN COUNTY PRISON
501 MALL ROAD
HARRISBURG, PA 17111

RETURN TO SENDER
ADDRESSEE UNKNOWN
ATTEMPTED NOT KNOWN

INSUFFICIENT ADDRESS
ATTEMPTED NOT KNOWN
NO SUCH NUMBER/STREET
NOT DELIVERABLE AS ADDRESSED
- UNABLE TO FORWARD
OTHER

RTS
RETURN TO SENDER

neopost
U.S. POSTAGE
$ 00.370
METER
9503541