(52)
12/18/02
ksm

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

NATHAN CHARLES GRIGGS,          :
            Plaintiff           :
                                :
        v.                      :   CIVIL NO. 1:00-CV-2219
                                :
BRIAN FISHER, et al.,           :   (Judge Caldwell)
                                :
            Defendants          :
                                :

O R D E R

FILED
DEC 18 2002
PER
HARRISBURG, PA.          DEPUTY CLERK

AND NOW, this 18th day of December, 2002, counsel having

reported to the court that the above action has been settled,

It is ORDERED that this action is hereby dismissed

without costs and without prejudice to the right, upon good cause

shown within sixty (60) days, to reinstate the action if the

settlement is not consummated.

William W. Caldwell
United States District Judge