00-2219

FILED
SCRANTON

JAN 0 5 2004

Per _____
     DEPUTY CLERK

Mon Jan 5 11:28:01 2004

UNITED STATES DISTRICT COURT
    SCRANTON     , PA

Receipt No.   333 94326
Cashier       nina

Tender Type   CHECK

Check Number: 47832

Transaction Type   CR

DB Code   Div No   Acct
4667      3        5100PL

Amount    $    9.00

DAUPHIN COUNTY PRISON FOI MELL RD HR
HARRISBURG, PA 17111

PERT FF/00-2219/NATHAN BRIGGS

cn

# DAUPHIN COUNTY PRISON



**Commissioners**
JEFFREY T. HASTE, Chairman
LOWMAN S. HENRY
ANTHONY M. PETRUCCI

**Chief County Administrator/
Chief Clerk**
ROBERT BURNS

**Warden**
DOMINICK L. DeROSE

**Deputy Warden/Support**
JAMES M. DeWEES

**Deputy Warden/Treatment**
ELIZABETH K. NICHOLS

**Deputy Warden/Security**
LEONARD K. CARROLL

501 MALL ROAD
HARRISBURG, PENNSYLVANIA 17111
TELEPHONE: (717) 780-6800
FAX (717) 558-8825

December 30, 2003

Clerk of Court
United States District Court
P.O. Box 1148
Scranton, PA  18501-1148

RE:   Nathan Griggs/Civil Action No. 1:00-CV-2219

Dear Clerk of Court:

In regard to the above-cited case, pursuant to the Administrative Order dated December 21, 2000, the Dauphin County Prison should remit on a monthly basis 20 percent of the preceding month's deposits until the filing fee has been paid in full. Inmate Griggs was recommitted to Dauphin County Prison on 11/29/03.

Attached please find an Inmate Money Report for Inmate Nathan Griggs. Inmate Griggs received total deposits of $45.00 to his account in December 2003, of which 20% is $9.00. A check in that amount is enclosed.

If you have any questions or require any additional information, please contact me.

Sincerely yours,

Brenda E. Hoffer
Assistant to Warden

Enclosures

Copy:  Administration
       Freddie McNeal, Business Manager

00- 2219
Inv # 22191
Fund 5100PL

```
30 DEC 2003           Inmate Money Report (INMATES File)              Page 1
                       From 29 NOV 2003 To 30 DEC 2003


                    INMATE NAME  GRIGGS, NATHAN NMN
                    INMATE #  35560         CELL #  B-2-1


 Spend Amt/  Res Amt/   Total      FILE  Receipt No/   Receipt         Date/
 Spend Bal.  Res Bal... Balance... HOLD  Check No....  Desc.........   Off_#...

      .00         .00       .00
   ---------   ---------   ---------

     20.00 |      .00 |             | R  |B-D*823102   |Information   |12-12-03
     20.00 |      .00 |      .00 |     |532107689    |Desk -         |  01
   ---------   ---------   ---------

    (9.00)|      .00 |             | R  |H-D*823103   |Medical       |12-12-03
     11.00 |      .00 |      .00 |     |             |Services       |  03
   ---------   ---------   ---------

    (1.83)|      .00 |             | R  |V-D*823104   |Restitution   |12-12-03
      9.17 |      .00 |      .00 |     |             |               |  03
   ---------   ---------   ---------

    (6.50)|      .00 |             | R  |V-D*823105   |Restitution   |12-12-03
      2.67 |      .00 |      .00 |     |             |               |  03
   ---------   ---------   ---------

       .00 |      .00 |             | R  |D-D*824113   |Commissary    |12-16-03
      2.67 |      .00 |      .00 |     |             |Order          |  01
   ---------   ---------   ---------

     25.00 |      .00 |             | R  |B-D*825042   |Information   |12-19-03
     27.67 |      .00 |      .00 |     |06203183501  |Desk -         |  03
   ---------   ---------   ---------

   (12.22)|      .00 |             | R  |M-D*825075   |Dorm Fee      |12-19-03
     15.45 |      .00 |      .00 |     |             |               |  03
   ---------   ---------   ---------

       .00 |      .00 |             | R  |D-D*825314   |Commissary    |12-22-03
     15.45 |      .00 |      .00 |     |             |Order          |  01
   ---------   ---------   ---------

     15.45        .00      15.45


COPAY CHGS         29.55
COPAY PD           29.55
Write off            .00
---------        ---------
COPAY DUE            .00

==========       ============
AVAIL BAL:         15.45
==========       ============
```

DAUPHIN COUNTY PRISON


TO: Inmate Nathan Griggs/D35560

RE: Administrative Order/Civil Action No. 1:00-CV-2219

DATE: December 30, 2003


A copy of the Administrative Order dated December 21, 2000, directing the Dauphin County Prison to make an initial payment and monthly payments from your account to pay the filing fee of $150.00 for the above lawsuit was previously provided to you. In accordance with the instructions in that Order, a check for $9.00 has been sent to the Clerk, U.S. District Court. This amount represents a monthly payment of 20% of funds received in December 2003.

Enclosed are copies of your Inmate Money Report for the last month and your receipt for the disbursement from your account toward the outstanding balance on your filing fees. The amount was calculated as follows:

Deposits for the month of December:

| | |
|---|---|
| 12/12/03 | = $ 20.00 |
| 12/19/03 | = $ 25.00 |
| **Total Deposits for Dec.** | = **$45.00** |
| **20% of $45.00** | = **$ 9.00** (amount of check) |

Pursuant to the Administrative Order, we will continue to monitor this account and will send monthly payments based on monthly deposits as required until your balance is paid in full.


Copy: Administration
   Clerk of Courts