# DAUPHIN COUNTY PRISON



**Commissioners**
JEFFREY T. HASTE, Chairman
DOMINIC D. DiFRANCESCO II
GEORGE P. HARTWICK III

**Chief County Administrator/
Chief Clerk**
CHAD SAYLOR

**Warden**
DOMINICK L. DeROSE

**Deputy Warden/Support**
JAMES M. DeWEES

**Deputy Warden/Treatment**
ELIZABETH K. NICHOLS

**Deputy Warden/Security**
LEONARD K. CARROLL

501 MALL ROAD
HARRISBURG, PENNSYLVANIA 17111
TELEPHONE: (717) 780-6800
FAX (717) 558-8825

December 28, 2004

FILED
SCRANTON

JAN 03 2005

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

Clerk of Court
United States District Court
P.O. Box 1148
Scranton, PA 18501-1148

RE:    Nathan Griggs -- Civil Action No. 1:00-CV-2219

Dear Clerk of Court:

Please be advised that the above-mentioned inmate was transferred to the PA Department of Corrections at Camp Hill on 12/14/04. Pursuant to your instructions, the Administrative Order has been forwarded to the Superintendent of that institution along with a letter informing him that $9.00 has been paid and the balance of $141.00, which is owed, for the filing fee. A copy of that letter is enclosed.

If you have any questions or require any additional information, please do not hesitate to contact me at 717-780-6788.

Sincerely yours,

Brenda E. Hoffer
Assistant to Warden

Enclosure

Copy:  Administration
       Freddie McNeal, Business Manager