# DAUPHIN COUNTY PRISON



**Commissioners**
JEFFREY T. HASTE, Chairman
DOMINIC D. DiFRANCESCO II
GEORGE P. HARTWICK III

**Chief County Administrator/
Chief Clerk**
CHAD SAYLOR

**Warden**
DOMINICK L. DeROSE

**Deputy Warden/Support**
JAMES M. DeWEES

**Deputy Warden/Treatment**
ELIZABETH A. NICHOLS

**Deputy Warden/Security**
LEONARD K. CARROLL

501 MALL ROAD
HARRISBURG, PENNSYLVANIA 17111
TELEPHONE: (717) 780-6800
FAX (717) 558-8825

December 28, 2004

**FILED
SCRANTON**

JAN 03 2005

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

Superintendent Donald Kelchner
PA Department of Corrections
State Correctional Institution – Camp Hill
P.O. Box 8837
Camp Hill, PA 17001-8837

Re:  Inmate Nathan Griggs – D.O.B. 05/03/65
     DOC Inmate GA8783
     Civil Action No. 1:00-CV-2219

Dear Superintendent Kelchner:

Enclosed please find the Administrative Order, which we received from the United States District Court, Middle District of Pennsylvania requiring monthly installments from the account of the above-cited inmate toward the payment of $150.00 filing fee for a civil complaint.

Inmate Griggs was transferred from Dauphin County Prison to SCI-Camp Hill. The Administrative Order directs that, in such case, the Order be forwarded to the Superintendent/ Warden of the receiving institution, so that payments may be continued. To date, payments totaling $9.00 have been made, and this inmate owes an outstanding balance of $141.00.

If you have any questions or require any additional information, please feel free to contact me at extension 780-6788.

Sincerely yours,

*Brenda E. Hoffer*
Brenda E. Hoffer
Assistant to Warden

Enclosure

Copy:  Administration
       U.S. Clerk of Court