FILED
SCRANTON

MAY 2 0 2005

Per_____
DEPUTY CLERK

00-CV-2219

Fri May 20 10:28:42 2005

UNITED STATES DISTRICT COURT

SCRANTON          , PA

Receipt No.   333 101712
Cashier       gina

Tender Type   CHECK

Check Number: 84060

Transaction Type   AR

| DO Code | Div No | Acct |
|---------|--------|--------|
| 4667    | 3      | 5100PL |

Amount            $    24.00

SCI, HOUTZDALE, PA

PART FF/00-CV-2219/NATHAN GRIGGS

cn

**Pennsylvania Department of Corrections**
**State Correctional Institution at Houtzdale**
P.O. Box 1000
Houtzdale, PA 16698-1000

Phone: (814) 378-1000  Fax: (814) 378-1022

May 17, 2005

Clerk of Courts
PO Box 1148
Scranton, PA 18501

Dear Sirs:

Please find enclosed $24.00 an installment on legal costs incurred on civil action no. 00-02219 for inmate Nathan Griggs #GA-8783. The balance after payment will be $117.00.

If you have any questions please feel free to contact me at 814-378-1000 Extension 1720.

Sincerely,

Christine H. Spencer
Accounting Assistant
Inmate Accounts

chs
enclosure