00-CV-2219

Mon Jun 13 11:55:56 2005

UNITED STATES DISTRICT COURT

SCRANTON        , PA

Receipt No.   333 101970
Cashier         tanya

Tender Type  CHECK

Check Number: 84558

Transaction Type   AR

DO Code      Div No       Acct
  4667          3         5100PL

Amount              $     3.17

SCI HOUTZDALE PO BOX 1000 HOUTZDALE,
PA 16698

PARTIAL FILING FEE 00-CV-2219 NATHAN
CHARLES GRIGGS

bn

**FILED**
SCRANTON

JUN 1 3 2005

Per_____
DEPUTY CLERK

**Pennsylvania Department of Corrections**
**State Correctional Institution at Houtzdale**
P.O. Box 1000
Houtzdale, PA 16698-1000

Phone: (814) 378-1000  Fax: (814) 378-1022

June 7, 2005

**Clerk of Courts**
PO Box 1148
Scranton, PA  18501

Dear Sirs:

Please find enclosed $3.17 an installment on legal costs incurred on civil action no. 00-02219 for inmate Nathan Griggs #GA-8783. The balance after payment will be $113.83.

If you have any questions please feel free to contact me at 814-378-1000 Extension 1720.

Sincerely,

Christine H. Spencer
Accounting Assistant
Inmate Accounts

chs
enclosure