00-CV-2219

```
Mon Jul 25 11:44:34 2005

     UNITED STATES DISTRICT COURT

        SCRANTON    , PA

Receipt No.   333 102486
Cashier       tanya

Tender Type  CHECK

Check Number: 85504

Transaction Type   AR

D$ Code    Div No     Acct
 4667        3       5100PL

Amount              $   44.01

     SCI HOUTZDALE PO BOX 1000 HOUTZDALE
, PA 16698

     PARTIAL FILING FEE 00-CV-2219 NATHAN
GRIGGS



        bn
```

FILED
SCRANTON

JUL 2 5 2005

Per_____
       DEPUTY CLERK

**Pennsylvania Department of Corrections**
**State Correctional Institution at Houtzdale**
P.O. Box 1000
Houtzdale, PA 16698-1000

Phone: (814) 378-1000  Fax: (814) 378-1022

July 19, 2005

Clerk of Courts
PO Box 1148
Scranton, PA  18501

Dear Sirs:

Please find enclosed $44.01 an installment on legal costs incurred on civil action no. 00-02219 for inmate Nathan Griggs #GA-8783. The balance after payment will be $69.82.

If you have any questions please feel free to contact me at 814-378-1000 Extension 1720.

Sincerely,

Christine H. Spencer
Accounting Assistant
Inmate Accounts

chs
enclosure