FILED
SCRANTON

AUG 1 5 2005

Per_____ DEPUTY CLERK

00-CV-2219

Mon Aug 15 11:22:59 2005

UNITED STATES DISTRICT COURT

SCRANTON      , PA

Receipt No.   333 102816
Cashier          gina

Tender Type  CHECK

Check Number: 85978

Transaction Type   AR

D/O Code    Div No      Acct
4667          3        5100PL

Amount               $    3.02

SCI, HOUTZDALE, PA

PART FF/00-CV-2219/NATHAN GRIGGS

cn

**Pennsylvania Department of Corrections**
**State Correctional Institution at Houtzdale**
P.O. Box 1000
Houtzdale, PA 16698-1000

Phone:  (814) 378-1000  Fax:  (814) 378-1022

August 10, 2005

Clerk of Courts
PO Box 1148
Scranton, PA  18501

Dear Sirs:

Please find enclosed $3.02 an installment on legal costs incurred on civil action no. 00-02219 for inmate Nathan Griggs #GA-8783. The balance after payment will be $66.80.

If you have any questions please feel free to contact me at 814-378-1000 Extension 1720.

Sincerely,

Christine H. Spencer
Accounting Assistant
Inmate Accounts

chs
enclosure