FILED
SCRANTON

SEP 16 2005

PER ____________
DEPUTY CLERK

00-2219

Fri Sep 16 10:15:49 2005

UNITED STATES DISTRICT CØURT

SCRANTØN , PA

Receipt No. 333 103241
Cashier gina

Tender Type CHECK

Check Number: 86673

Transaction Type AR

| DØ Code | Div No | Acct |
|---|---|---|
| 4667 | 3 | 5100PL |

Amount $ 3.17

SCI, HØUTZDALE, PA

PART FF/00-2219/NATHAN GRIGGS

cn

**Pennsylvania Department of Corrections**
**State Correctional Institution at Houtzdale**
P.O. Box 1000
Houtzdale, PA 16698-1000

Phone: (814) 378-1000 Fax: (814) 378-1022

FILED
SCRANTON

SEP 16 2005

PER ________
DEPUTY CLERK

September 13, 2005

Clerk of Courts
PO Box 1148
Scranton, PA 18501

Dear Sirs:

Please find enclosed $3.17 an installment on legal costs incurred on civil action no. 00-02219 for inmate Nathan Griggs #GA-8783. The balance after payment will be $63.63.

If you have any questions please feel free to contact me at 814-378-1000 Extension 1720.

Sincerely,

Christine H. Spencer
Accounting Assistant
Inmate Accounts

chs
enclosure