00-CV-2219

```
Mon Oct 17 11:53:08 2005

    UNITED STATES DISTRICT COURT

    SCRANTON      , PA

Receipt No.   333 103593
Cashier       tanya

Tender Type  CHECK

Check Number: 97271

Transaction Type   AR

DØ Code    Div No     Acct
 4667        3       5100PL

Amount           $      3.02

    NATHAN CHARLES GRIGGS SCI HOUTZDALE
PO BOX 1000 HOUTZDALE, PA 16698

PARTIAL FILING FEE 00-CV-2219



   bn
```

FILED
SCRANTON

OCT 1 7 2005

Per_____
        DEPUTY CLERK

**Pennsylvania Department of Corrections**
**State Correctional Institution at Houtzdale**
P.O. Box 1000
Houtzdale, PA 16698-1000

Phone: (814) 378-1000  Fax: (814) 378-1022

October 12, 2005

Clerk of Courts
PO Box 1148
Scranton, PA 18501

Dear Sirs:

Please find enclosed $3.02 an installment on legal costs incurred on civil action no. 00-02219 for inmate Nathan Griggs #GA-8783. The balance after payment will be $60.61.

If you have any questions please feel free to contact me at 814-378-1000 Extension 1720.

Sincerely,

Christine H. Spencer
Accounting Assistant
Inmate Accounts

chs
**enclosure**