00-CV-2219

```
Wed Nov 16 09:52:33 2005

    UNITED STATES DISTRICT COURT

    SCRANTON        , PA

Receipt No.    333 104006
Cashier        tanya

Check Number:  87699

D0 Code     Div No
4667          3

Sub Acct Type Tender      Amount
1:5100PL  AR    2          0.61
2:0869PL  AR    2          8.56

Total Amount        $      9.17

  SCI HOUTZDALE PO BOX 1000 HOUTZDALE,
PA 16698

  PARTIAL FILING FEE 00-CV-2219 NATHAN
GRIGGS




    bn
```

**FILED**
SCRANTON

NOV 1 6 2005

Per_____
        DEPUTY CLERK

**Pennsylvania Department of Corrections**
**State Correctional Institution at Houtzdale**
P.O. Box 1000
Houtzdale, PA 16698-1000

Phone: (814) 378-1000  Fax: (814) 378-1022

November 10, 2005

Clerk of Courts
PO Box 1148
Scranton, PA 18501

Dear Sirs:

Please find enclosed $9.17 an installment on legal costs incurred on civil action no. 00-02219 for inmate Nathan Griggs #GA-8783. The balance after payment will be $51.44.

If you have any questions please feel free to contact me at 814-378-1000 Extension 1720.

Sincerely,

*Christine Spencer*

Christine H. Spencer
Accounting Assistant
Inmate Accounts

chs
enclosure

2219 .61 - 5100
2292 8.56